USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/7/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

ELY RAMDHANE,

                              Plaintiff,

                -against-

AB BRONX CLOUD LLC, KHATTAB ABUATTIEH,
and JOHN DOES DEFENDANT NO. 1, and JOHN DOE
DEFENDANT NO. 2,

                              Defendant.

1:25-cv-05380-MKV

ORDER DENYING MOTION
FOR DEFAULT JUDGMENT

MARY KAY VYSKOCIL, United States District Judge:

Plaintiff initiated this action by filing a complaint on June 27, 2025. [ECF No. 1]. On July 21, 2025, an affidavit of service was filed on the docket requiring Defendant AB Bronx Cloud LLC to answer or otherwise respond to the Complaint on or before July 28, 2025. [ECF No. 6]. Defendant AB Bronx Cloud did not answer or otherwise respond as of that date. Thereafter, Plaintiff requested and was issued a Clerk's Certificate of Default against AB Bronx Cloud LLC. [ECF Nos. 8–10]. On September 7, 2025, an affidavit of service was filed on the docket requiring Defendant Khattab Abuattieh to answer or otherwise respond to the Complaint on or before September 10, 2025. [ECF No. 12]. No answer or response was filed by that date and Plaintiff requested and was issued a Clerk's Certificate of Default against Defendant Khattab Abuattieh on September 30, 2025. [ECF Nos. 13-15]. Thereafter, on December 12, 2025, Plaintiff moved for default judgment as to Defendants AB Bronx Cloud LLC and Khattab Abuattieh. [ECF No. 19].

On December 29, 2025, Defendants AB Bronx Cloud LLC and Khattab Abuattieh, appearing through counsel, moved for an order to vacate entry of default. [ECF No. 27].

In light of the Second Circuit's strong preference for resolving disputes on the merits, *see Currin v. Williams*, 428 F. App'x 21 (2d Cir. 2011), IT IS HEREBY ORDERED that Plaintiff's motion for default judgment is DENIED.

IT IS FURTHER ORDERED that Defendants shall answer or otherwise respond to the Complaint within thirty (30) days of this Order.

The Clerk of Court is respectfully requested to terminate docket entries 19 and 27.

**SO ORDERED.**

**Date:  January 7, 2026**
**New York, NY**

_____
**MARY KAY VYSKOCIL**
**United States District Judge**

2