**Law Office of Mohammed Gangat** 220 Ninth Street, Suite 2049,Jersey City, NJ 07302
(833) 729-3247 mgangat@gangatpllc.com

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/5/2026

August 4, 2026

*Via ECF*

The Honorable Mary Kay Vyskocil
United States District Judge
United States District Court
Southern District of New York

**Re: *Ramdhane v. AB Bronx Cloud LLC et al.*, No. 1:25-cv-05380 (MKV)**

Dear Judge Vyskocil:

The parties respectfully submit this joint status letter and letter motion pursuant to the Court's Civil Case Management Plan and Scheduling Order dated April 3, 2026 (Dkt. No. 34), which directs the parties to submit a joint status letter one week in advance of the Post-Discovery Conference currently scheduled for August 11, 2026, at 11:00 AM.

The parties are pleased to report that they have reached a settlement in principle resolving this action. The parties are presently working to finalize the terms of the settlement. The parties anticipate effectuating the settlement through an offer of judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure, with the resulting entry of judgment disposing of this action in its entirety.

In light of the settlement in principle, the parties respectfully request that the Court adjourn the Post-Discovery Conference currently scheduled for August 11, 2026, at 11:00 AM, for a period of thirty (30) days, or until such other date as is convenient for the Court, to allow the parties sufficient time to finalize and execute the settlement.

In accordance with the Court's Individual Rule of Practice 2(G): (i) the current date of the conference is August 11, 2026, at 11:00 AM; (ii) this is the parties' first request for an adjournment of the conference; (iii) no prior request has been made or ruled upon; (iv) the requested adjournment is sought to allow the parties to finalize and execute their settlement; and (v) this request is made jointly, on the consent of all parties. The requested adjournment does not affect any other scheduled date.

We thank the Court for its attention to this matter and are available to provide any additional information the Court may require.

| FOR PLAINTIFF: | FOR DEFENDANTS: |
|---|---|
| [signature] | */s/Ryan C. Neumann* |
| Ganlu Chen, Esq. | Ryan C. Neumann, Esq. |
| **LAW OFFICE OF MOHAMMED GANGAT** | **TRENK ISABEL SIDDIQI & SHAHDANIAN P.C.** |

The post-discovery conference scheduled for August 11, 2026, is HEREBY ADJOURNED *sine die*. IT IS FURTHER ORDERED that the parties shall file a joint letter on or before September 5, 2026 advising the Court as to the status but not the substance of settlement.

SO ORDERED.

Date: 8/5/2026
New York, New York

Mary Kay Vyskocil
United States District Judge