USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 8/19/2026

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

ELY RAMDHANE,

*Plaintiff*,

-against-

AB BRONX CLOUD LLC; KHATTAB ABUATTIEH; JOHN DOE DEFENDANT NO. 1; and JOHN DOE DEFENDANT NO. 2,

*Defendants.*

Case No. 1:25-cv-05380-MKV

**~~[PROPOSED]~~ JUDGMENT**

**WHEREAS,** on August 5, 2026, Defendants AB BRONX CLOUD LLC and KHATTAB ABUATTIEH (collectively, "Defendants") served upon Plaintiff an Offer of Judgment pursuant to Rule 68 of the Federal Rules of Civil Procedure;

**WHEREAS,** on August 5, 2026, Plaintiff ELY RAMDHANE served upon Defendants a Notice of Acceptance of the Rule 68 Offer of Judgment;

**WHEREAS,** the Rule 68 Offer of Judgment, the Notice of Acceptance, and proofs of service thereof have been filed with the Court pursuant to Rule 68(a) of the Federal Rules of Civil Procedure; it is hereby

**ORDERED AND ADJUDGED** that judgment is hereby entered in favor of the Plaintiff ELY RAMDHANE and against Defendants AB BRONX CLOUD LLC and KHATTAB ABUATTIEH, jointly and severally, with respect to the Plaintiff's claims under the Fair Labor Standards Act, 29 U.S.C. §§ 201 *et seq.*, and the New York Labor Law, in the total amount of Thirty-Three Thousand Dollars and Zero Cents ($33,000.00), inclusive of all damages, liquidated damages, statutory penalties, pre- and post-judgment interest, costs, expenses, and attorneys' fees.

Dated: New York, New York
August 9, 2026

By: Mary Kay Vyskocil
Hon. Mary Kay Vyskocil